# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

WILLIAM DUREN
ADC #127782                                                                                           PLAINTIFF

V.                             NO: 2:08CV00125 BSM/HDY

CORRECTIONAL MEDICAL
SERVICES INC. *et al.*                                                                                DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's claims against Defendant East Arkansas Regional Unit are DISMISSED WITH PREJUDICE.

DATED this 7th day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE